UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, BAS331,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>Defendant(s). | Case No. 21-cv-08161-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On May 13, 2022, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is "not in custody" at the Santa Rita Jail in Dublin, California. ECF No. 9 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: July 20, 2022

_____
CHARLES R. BREYER
United States District Judge